Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____    Chapter ___7___

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | Stephanie Morris Nissan LLC |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | Stephanie Morris Nissan |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 7 – 3 3 7 2 3 0 5 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3815 NW Pkwy. | |
| Number    Street | Number    Street |
| Dallas, TX 75225 | |
| City    State    ZIP Code | City    State    ZIP Code |
| Dallas | **Location of principal assets, if different from principal place of business** |
| County | |
| | 3600 S Limit Ave |
| | Number    Street |
| | Sedalia, MO 65301 |
| | City    State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | www.stephaniemorrisnissan.com |

| | |
|---|---|
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor ___Stephanie Morris Nissan LLC_____     Case number *(if known)* _____

      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                    MM / DD / YYYY

       District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor _____SEE ATTACHMENT 10-1_____  Relationship _____

       District _____  When _____
                                    MM / DD / YYYY

       Case number, if known _____

| Debtor | Stephanie Morris Nissan LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 11. Why is the case filed in *this district*? | Check all that apply: |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number      Street |
| | _____ |
| | _____ |
| | City      State   ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.   Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

## Statistical and administrative information

| 13. Debtor's estimation of available funds? | Check one: |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☐ 1-49 | ☑ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Stephanie Morris Nissan LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | ▪ I have been authorized to file this petition on behalf of the debtor. |
| | ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/01/2024
             MM/ DD/ YYYY

X  /s/ Chad Morris                                      Chad Morris
Signature of authorized representative of debtor       Printed name

Title            COO

| 18. Signature of attorney | X          /s/ Robert T DeMarco          Date  02/01/2024 |
|---|---|
| | Signature of attorney for debtor                    MM/ DD/ YYYY |

Robert T DeMarco
Printed name

DeMarco Mitchell, PLLC
Firm name

500 N. Central Expressway Suite 500
Number        Street

Plano                                      TX        75074
City                                       State     ZIP Code

(972) 578-1400                             robert@demarcomitchell.com
Contact phone                              Email address

24014543                                   TX
Bar number                                 State

# ATTACHMENT 10-1

| | | | |
|---|---|---|---|
| **Debtor** | Stephanie Morris Nissan of Durango LLC | **Relationship** | Affiliate |
| **District** | Northern District of Texas, Dallas Div. | **When** | February 1, 2024 |
| **Case number, if known** | | | |

| | | | |
|---|---|---|---|
| **Debtor** | Stephanie Morris Real Estate Investments - Durango, LLC | **Relationship** | Affiliate |
| **District** | Northern District of Texas, Dallas Div. | **When** | February 1, 2024 |
| **Case number, if known** | | | |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:                                                                                              CHAPTER  **7**
**Stephanie Morris Nissan LLC**

DEBTOR(S)                                                                                    CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Stephanie Morris** 3815 NW Pkwy. Dallas, TX 75225 | Principal | 100 | |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **COO** _____ of the _____ **Nonpublic Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: **02/01/2024** _____          Signature: /s/ Chad Morris _____
                                                                                *Chad Morris, COO*

**Fill in this information to identify the case:**

Debtor name _____ Stephanie Morris Nissan LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/01/2024
              MM/ DD/ YYYY

X /s/ Chad Morris _____
Signature of individual signing on behalf of debtor

Chad Morris _____
Printed name

COO _____
Position or relationship to debtor

Fill in this information to identify the case:

Debtor Name __Stephanie Morris Nissan LLC__

United States Bankruptcy Court for the: __Northern__ District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand** | **$350.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. __Plains Capital Bank__ | __Checking account__ | __0   4   9   0__ | $227.89 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1** | **$577.89**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____
   7.2 _____

Debtor    **Stephanie Morris Nissan LLC** _____    Case number *(if known)* _____
          Name

---

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1   _____    _____

8.2   _____    _____

9.   **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    $\boxed{\text{_____}}$

---

**Part 3:**    Accounts receivable

10.   **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11.   **Accounts receivable**

11a. 90 days old or less:   _____  -  _____  =.....➡    _____
                            face amount         doubtful or uncollectible accounts

11b. Over 90 days old:     _____  -  _____  =.....➡    _____
                            face amount         doubtful or uncollectible accounts

12.   **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $\boxed{\text{_____}}$

---

**Part 4:**    Investments

13.   **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1   _____    _____    _____

14.2   _____    _____    _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                      % of ownership:

15.1. _____    _____    _____    _____

15.2. _____    _____    _____    _____

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

Debtor    **Stephanie Morris Nissan LLC**
_____    Case number *(if known)* _____
    Name

| | | |
|---|---|---|
| 16.1 _____ | _____ | _____ |
| 16.2 _____ | _____ | _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| Parts Inventory - See Attachment 21 | MM / DD / YYYY | **unknown** | _____ | **$306,724.00** |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    [**$306,724.00**]

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor    **Stephanie Morris Nissan LLC**    Case number *(if known)* _____
       Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.      [_____]

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor    **Stephanie Morris Nissan LLC**
_____    Case number _(if known)_ _____
Name

| | | Net depreciation | |
|---|---|---|---|
| **Office Furniture & Equipment - See Attachment 39** | unknown | Value | $377,960.00 |

40. **Office fixtures**

_____    _____    _____    _____

41. **Office equipment, including all computer equipment and communication systems equipment and software**

_____    _____    _____    _____

42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____    _____    _____    _____

42.2 _____    _____    _____    _____

42.3 _____    _____    _____    _____

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.    | $377,960.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____    _____    _____    _____

47.2 _____    _____    _____    _____

47.3 _____    _____    _____    _____

47.4 _____    _____    _____    _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____    _____    _____    _____

Debtor __Stephanie Morris Nissan LLC_____   Case number *(if known)* _____
　　　　　Name

| 48.2 _____ | _____ | _____ | _____ |

**49. Aircraft and accessories**

| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| _____ | _____ | _____ | _____ |

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 9:** | Real property |

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

Debtor    **Stephanie Morris Nissan LLC**
_____     Case number *(if known)* _____
Name

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| **personal privacy information governed under federal and state statute** | **unknown** | | **unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:      All other assets**

---

Debtor    __Stephanie Morris Nissan LLC_____    Case number *(if known)* _____
          Name

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____   _____  –  _____ = ➡   _____
                          Total face amount   doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

**73.** **Interests in insurance policies or annuities**

_____   _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   _____

**Nature of claim**   _____

**Amount requested**   _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Claims against NMAC, Nissan USA, and related affiliates for: (a) Section 1983 racial discrimination, (b) breach of duty of good faith and fair dealing inherent in a franchisor/franchisee relationship, (c) fraud, (d) breach of franchise agreements, an**   **unknown**

**Nature of claim**   _____

**Amount requested**   _____**unknown**_____

**76.** **Trusts, equitable or future interests in property**

_____   _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   _____

_____   _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.   ☐_____☐

Debtor    **Stephanie Morris Nissan LLC**
_____    Case number (if known) _____
        Name

---

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $577.89 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | | |
| 83. **Investments.** Copy line 17, Part 4. | | |
| 84. **Inventory.** Copy line 23, Part 5. | $306,724.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $377,960.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | | |
| 88. **Real property.** Copy line 56, Part 9............................................................➜ | | |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | unknown | |
| 90. **All other assets.** Copy line 78, Part 11. | + unknown | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $685,261.89 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... | | $685,261.89 |

**Fill in this information to identify the case:**

Debtor name ___Stephanie Morris Nissan LLC___

United States Bankruptcy Court for the: ___Northern___ District of ___Texas___
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**2.1** **Creditor's name**

Equity Bank Sedalia

**Creditor's mailing address**

920 Thompson Blvd.

Sedalia, MO 65301

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For Office Furniture & Equipment - See Attachment 39: 1) NMAC's Bankruptcy Department; **2) Equity Bank Sedalia**; 3) Native American Bank; For Parts Inventory - See Attachment 21: 1) NMAC's Bankruptcy Department; **2) Equity Bank Sedalia**; 3) Native American Bank

**Describe debtor's property that is subject to a lien**

Office Furniture & Equipment - See Attachment 39, Parts Inventory - See Attachment 21

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | $2,000,000.00 | $684,684.00 |
|---|---|---|

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| | $22,541,974.87 |
|---|---|

Official Form 206D              Schedule D: Creditors Who Have Claims Secured by Property              page 1 of _3_

| Debtor | Stephanie Morris Nissan LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2**

**Creditor's name**
Native American Bank

**Creditor's mailing address**
201 N. Broadway

Denver, CO 80203

**Creditor's email address, if known**

**Date debt was incurred**    3/10/2022

**Last 4 digits of account number**    1  6  2  5

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    For Office Furniture & Equipment - See Attachment 39: 1) NMAC's Bankruptcy Department; 2) Equity Bank Sedalia; **3) Native American Bank**; For Parts Inventory - See Attachment 21: 1) NMAC's Bankruptcy Department; 2) Equity Bank Sedalia; **3) Native American Bank**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
NEW Vehicle Inventory - See attached, Office Furniture & Equipment - See Attachment 39, Used Vehicle Inventory - See attached, Used Vehicle Inventory - See attached, Parts Inventory - See Attachment 21

**Describe the lien**
Capital Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,352,673.00

$684,684.00

Debtor   Stephanie Morris Nissan LLC
     Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.3** **Creditor's name**

NMAC's Bankruptcy Department

**Creditor's mailing address**

PO Box 660366

Dallas, TX 75266-0366

**Creditor's email address, if known**

_____

**Date debt was incurred**

_____

**Last 4 digits of account number**   4  2  8  9

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

Office Furniture & Equipment - See Attachment 39,
Parts Inventory - See Attachment 21

**Describe the lien**

Inventory loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $18,189,301.87

Column B: $684,684.00

Fill in this information to identify the case:

Debtor name _____ Stephanie Morris Nissan LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F:  Creditors Who Have Unsecured Claims                  **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.**   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1**   Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2**   Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor **Stephanie Morris Nissan LLC**  Case number *(if known)* _____

Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
| --- | --- |

**3.1** **Nonpriority creditor's name and mailing address**

A lot a Clean

PO Box 284

Lees Summit, MO 64063

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

**3.2** **Nonpriority creditor's name and mailing address**

Agora Data, Inc.

c/o Christine M. Manzo
Courthouse Tower 25th Floor

44 W Flagler Street

Miami, FL 33130

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Breach of Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**3.3** **Nonpriority creditor's name and mailing address**

Agoratrade, LLC

c/o Christine M. Manzo
Courthouse Tower 25th Floor

44 W Flagler Street

Miami, FL 33130

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Breach of Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**3.4** **Nonpriority creditor's name and mailing address**

Ally

c/o Todd Smith

425 W. South St

Warrensburg, MO 64093

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,600.00

| Debtor | **Stephanie Morris Nissan LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | Additional Page |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

American Express

P.O. Box 650448

Dallas, TX 75265-0448

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Revolving Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,413.01

---

**3.6** Nonpriority creditor's name and mailing address

Autozone

PO Box 791409

Baltimore, MD 21279-1409

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$841.50

---

**3.7** Nonpriority creditor's name and mailing address

Big O Tires

4106 WEST BROADWAY

Sedalia, MO 65301

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$116.88

---

**3.8** Nonpriority creditor's name and mailing address

Busovs AA Muffler Shop

109 S LAMINE

Sedalia, MO 65301

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$554.00

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 3 of 17

Debtor    **Stephanie Morris Nissan LLC**
_____    Case number *(if known)* _____
Name

---

**Part 2:** Additional Page

---

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**BVS Lock & Key**

**801D N COLLEGE AVE**

**Columbia, MO 65201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**  Vendor

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$699.00** |
|---|---|---|---|

**Carfax**

**16630 COLLECTION CENTER DRIVE**

**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**  Vendor

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,865.84** |
|---|---|---|---|

**Carmax Auto Finance**

**Carolyn Flint**

**26781 Waterfront Dr.**

**Warsaw, MO 65355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**  business debt

Last 4 digits of account number  2   5   8   A

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Carmedic**

**4521 HEDGE ROAD**

**Roxana, IL 62084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**  Vendor

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Stephanie Morris Nissan LLC**                                    Case number *(if known)* _____
_____
Name

## Part 2:    Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,047.93 |
|---|---|---|---|

**3.13**

**Nonpriority creditor's name and mailing address**

Central Bank

C/o Bobby Estes

18802 Ware Road

Green Ridge, MO 65332

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,047.93**

---

**3.14**

**Nonpriority creditor's name and mailing address**

Charter Communications

PO Box 790086

Saint Louis, MO 63179-0086

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**$480.00**

---

**3.15**

**Nonpriority creditor's name and mailing address**

Check Into Cash

c/o Lora Jones

837 Carriage Dr.

Deepwater, MO 64740

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,064.84**

---

**3.16**

**Nonpriority creditor's name and mailing address**

Chrylser Capital

c/o Johnathon Wirtz & Cheyenne Freeman

303 W. Clark St.

Versailles, MO 65084

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$32,462.87**

Debtor  **Stephanie Morris Nissan LLC**                                                    Case number *(if known)* _____
       Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$150.15**
*Check all that apply.*

    City of Sedalia

    FINANCE DEPT

    Sedalia, MO 65301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$331.25**
*Check all that apply.*

    Complete Cleaning

    300 WEST AVE

    Sedalia, MO 65301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$195.16**
*Check all that apply.*

    Corey Shelton

    3113 N 24TH

    Omaha, NE 68110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
*Check all that apply.*

    Credit Acceptance

    c/o Janet Stohel

    1124 SE 600th Rd Apt. B

    65336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| Debtor | **Stephanie Morris Nissan LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

Dealer Alchemist

9233 PARK MEADOWS DRIVE

Lone Tree, CO 80124

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$12,505.14

---

**3.22** Nonpriority creditor's name and mailing address

Dealer Specialties

DOMINION PROCESSING

PO Box 779013

Chicago, IL 60677-9013

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$663.05

---

**3.23** Nonpriority creditor's name and mailing address

Dealer Tire

780 Wyoming St

Kansas City, MO 64101

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$4,148.84

---

**3.24** Nonpriority creditor's name and mailing address

Dealertrack

P.O. BOX 6129

New York, NY 10249-6129

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$15,940.23

---

Debtor    **Stephanie Morris Nissan LLC**                                                Case number *(if known)*
　　　　　Name

---

**Part 2:**  Additional Page

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $480.00 |
|---|---|---|---|

Detail Shop

4931 S LIMIT

Sedalia, MO 65301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $499.00 |
|---|---|---|---|

EAutoAppraise

22601 N 19TH AVE SUITE 223

Phoenix, AZ 85027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,911.74 |
|---|---|---|---|

Elite Automotive Experts

932 KING NECKED CT

Stockbridge, GA 30281

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,515.01 |
|---|---|---|---|

Equity Bank CC

920 Thompson Blvd.

Sedalia, MO 65301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revolving Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Stephanie Morris Nissan LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,158.60
| | **Equity Bank CC** | *Check all that apply.* |
| | | ☐ Contingent |
| | **PO Box 780163** | ☐ Unliquidated |
| | **Wichita, KS 67278-0163** | ☐ Disputed |
| | | **Basis for the claim:** Vendor |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,387.82
| | **Evergy** | *Check all that apply.* |
| | | ☐ Contingent |
| | **PO Box 219703** | ☐ Unliquidated |
| | **Kansas City, MO 64121-9703** | ☐ Disputed |
| | | **Basis for the claim:** Vendor |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $919.00
| | **Fas-Break** | *Check all that apply.* |
| | | ☐ Contingent |
| | **PO Box 1782** | ☐ Unliquidated |
| | **Sedalia, MO 65302** | ☐ Disputed |
| | | **Basis for the claim:** Vendor |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,001.92
| | **FedEx** | *Check all that apply.* |
| | | ☐ Contingent |
| | **PO Box 94515** | ☐ Unliquidated |
| | **Palatine, IL 60094-4515** | ☐ Disputed |
| | | **Basis for the claim:** Vendor |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

| Debtor | Stephanie Morris Nissan LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

**3.33** Nonpriority creditor's name and mailing address

FMF

800 W Yamato Dr.

Boca Raton, FL 33431

Date or dates debt was incurred    10/17/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Production loan (service contracts)

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,590,917.93

---

**3.34** Nonpriority creditor's name and mailing address

Great American Financial Services

PO Box 660831

Dallas, TX 75266

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,963.20

---

**3.35** Nonpriority creditor's name and mailing address

Heather Winesburg

c/o Michael Hodgson

3609 SW Pryor Road

Lees Summit, MO 64082

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  FLSA and Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.36** Nonpriority creditor's name and mailing address

Identifix

PO Box 856618

Minneapolis, MN 55485-6618

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$607.78

---

Debtor    **Stephanie Morris Nissan LLC**    Case number *(if known)* _____
_____
Name

| **Part 2:** | Additional Page |

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $302.10
| **In Motion Towing** | *Check all that apply.*
| | ☐ Contingent
| **4207 S LIMIT AVE SUITE A** | ☐ Unliquidated
| **Sedalia, MO 65301** | ☐ Disputed
| | **Basis for the claim:** Vendor
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $429.00
| **Mada Workers Comp Fund** | *Check all that apply.*
| | ☐ Contingent
| **PO Box 1309** | ☐ Unliquidated
| **Jefferson City, MO 65102** | ☐ Disputed
| | **Basis for the claim:** Vendor
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $275,000.00
| **Madison Advance** | *Check all that apply.*
| | ☐ Contingent
| **83 Wooster Hts** | ☐ Unliquidated
| **Danbury, CT 06810-7548** | ☐ Disputed
| | **Basis for the claim:** monies loaned.
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,405.90
| **Max Digital, LLC** | *Check all that apply.*
| | ☐ Contingent
| **833 W JACKSON BLVD., SUITE 200** | ☐ Unliquidated
| **Chicago, IL 60607** | ☐ Disputed
| | **Basis for the claim:** Vendor
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 11 of 17

Debtor   **Stephanie Morris Nissan LLC**
_____   Case number *(if known)* _____

Name

---

## Part 2: Additional Page

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.41** Nonpriority creditor's name and mailing address

Mechanical Breakdown Protection, Inc.

c/o Erik H. Nelson

304 West 10th Street

Kansas City, MO 64105

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Breach of Contract**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

---

**3.42** Nonpriority creditor's name and mailing address

Metropolitan Supply

PO Box 129

Chanhassen, MN 55317

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$3,313.09

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

---

**3.43** Nonpriority creditor's name and mailing address

NAPA Auto Parts

300 E OLD HWY 40

Odessa, MO 64076

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$155.62

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

---

**3.44** Nonpriority creditor's name and mailing address

Nissan Motor Acceptance

PO Box 660604

Dallas, TX 75266-0604

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$743.08

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

---

Debtor  **Stephanie Morris Nissan LLC**
_____    Case number *(if known)* _____
Name

**Part 2:**  Additional Page

---

**3.45**  Nonpriority creditor's name and mailing address

**NMAC**

**c/o Kristina Martin**

**1620 S. Brown Ave.**

**Sedalia, MO 65301**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,107.38

---

**3.46**  Nonpriority creditor's name and mailing address

**O'Reilly Auto Parts**

**PO Box 9464**

**Springfield, MO 65801-9464**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$3,479.62

---

**3.47**  Nonpriority creditor's name and mailing address

**Oakes Kia**

**2900 BURLINGTON AVE**

**Kansas City, MO 64116**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$34.22

---

**3.48**  Nonpriority creditor's name and mailing address

**Ozark Disposal Company**

**PO Box 563**

**65355-0563**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$70.00

---

Debtor   **Stephanie Morris Nissan LLC**                                                    Case number *(if known)*
_____
         Name

| **Part 2:** | Additional Page |
|---|---|

---

**3.49** **Nonpriority creditor's name and mailing address**

Reggie Coley

823 CLAYBROOK CT

Knoxville, TN 37923

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$171.32

---

**3.50** **Nonpriority creditor's name and mailing address**

Sean Frye

c/o Joshua Alton Sanders

P.O. Box 332

Greenwood, MO 64034-0332

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Breach of Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.51** **Nonpriority creditor's name and mailing address**

Tab Company

PO Box 150830

Ogden, UT 84415-0830

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,600.00

---

**3.52** **Nonpriority creditor's name and mailing address**

Torq Distribution

BIN: 118

Saint Louis, MO 63178-4054

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,593.84

---

Debtor    **Stephanie Morris Nissan LLC**
_____    Case number *(if known)* _____
         Name

| Part 2: | Additional Page |
|---|---|

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $895.00

**Triple Threat**

**P.O. Box 129**

**Seneca, SC 29679**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800,000.00

**True Business Funding**

**301 Mill Rd.**

**Hewlett, NY 11557**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,222.00

**VIN Solutions**

**PO Box 935595**

**Atlanta, GA 31193-5595**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00

**VIP Transport**

**4701 EADES ST**

**Rockville, MD 20853**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor    **Stephanie Morris Nissan LLC**
_____
Name                                          Case number _(if known)_ _____

| Part 2: | Additional Page |
| --- | --- |

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.18

Wallis Lubricant

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

PO Box 790379

Saint Louis, MO 63179

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown

Walter Auto Loan Trust

_Check all that apply._
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

c/o Christine M. Manzo
Courthouse Tower 25th Floor

44 W Flagler Street

Miami, FL 33130

**Basis for the claim:** Breach of Contract

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,188.11

Warehouse Tire

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

4004 S. LIMIT

Sedalia, MO 65301

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Debtor    **Stephanie Morris Nissan LLC**                                         Case number *(if known)* _____
                     Name

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $2,859,796.15 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $2,859,796.15 |

Fill in this information to identify the case:

Debtor name _____ Stephanie Morris Nissan LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.    Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.    List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Property Lease | Tio Fund I |
|  | Contract to be ASSUMED | 107 John St Fl 3 |
|  | State the term remaining    0 months | Southport, CT 06890-1466 |
|  | List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
|  | State the term remaining | |
|  | List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
|  | State the term remaining | |
|  | List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
|  | State the term remaining | |
|  | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __**Stephanie Morris Nissan LLC**__

United States Bankruptcy Court for the: _____**Northern**_____ District of ____**Texas**____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
   Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
   creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Chad Morris | 3815 NW Pkwy.<br>Street | Native American Bank | ☑ D<br>☐ E/F<br>☐ G |
| | | FMF | ☐ D<br>☑ E/F<br>☐ G |
| | Dallas, TX 75225<br>City          State          ZIP Code | True Business Funding | ☐ D<br>☑ E/F<br>☐ G |
| | | Madison Advance | ☐ D<br>☑ E/F<br>☐ G |
| | | Walter Auto Loan Trust | ☐ D<br>☑ E/F<br>☐ G |
| | | Agoratrade, LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | Agora Data, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| | | Mechanical Breakdown Protection, Inc. | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Stephanie Morris Nissan LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| ███ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.2 | Net Profit Growth | 3815 NW Pkwy<br>Street<br><br>Dallas, TX 75225<br>City    State    ZIP Code | Mechanical Breakdown Protection, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | Stephanie Morris | 3815 NW Pkwy<br>Street<br><br>Dallas, TX 75225<br>City    State    ZIP Code | Native American Bank | ☑ D<br>☐ E/F<br>☐ G |
| | | | True Business Funding | ☐ D<br>☑ E/F<br>☐ G |
| | | | Madison Advance | ☐ D<br>☑ E/F<br>☐ G |
| | | | Walter Auto Loan Trust | ☐ D<br>☑ E/F<br>☐ G |
| | | | Agoratrade, LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | | Agora Data, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| | | | Heather Winesburg | ☐ D<br>☑ E/F<br>☐ G |
| | | | Mechanical Breakdown Protection, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | Stephanie Morris Nissan of Durango LLC | 20704 US Hwy. 160 W<br>Street<br><br>Durango, CO 81301<br>City    State    ZIP Code | Walter Auto Loan Trust | ☐ D<br>☑ E/F<br>☐ G |
| | | | Agoratrade, LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | | Agora Data, Inc. | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Stephanie Morris Nissan LLC**                              Case number (if known) _____
          Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | _____ | | |
| | | City         State         ZIP Code | | |
| 2.6 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | _____ | | |
| | | City         State         ZIP Code | | |

Official Form 206H                        **Schedule H: Codebtors**                        page _3_ of _3_

# Attachment 21 to Schedule A/B

```
PD3022R                 STEPHANIE MORRIS NISSAN      10/10/23
SDREH37               Inventory Aging by Last Sold
=================================================================
All Manf, All OEM Cd, All SGrp, All Parts
                      Parts    %  Acum%        Value     %  Acum%
=================================================================
Never Sold             2050  57.6  57.6       138544  45.2  45.2
2022 October or Older   993  27.9  85.6        94647  30.9  76.0
2022 November            29   .8   86.4         2944   1.0  77.0
2022 December            16   .4   86.8         1676    .5  77.5
2023 January             33   .9   87.8         2156    .7  78.2
2023 February            14   .4   88.2         1480    .5  78.7
2023 March               40  1.1   89.3         4943   1.6  80.3
2023 April               37  1.0   90.3         7040   2.3  82.6
2023 May                 58  1.6   92.0         6136   2.0  84.6
2023 June                85  2.4   94.3        10711   3.5  88.1
2023 July                35  1.0   95.3         8100   2.6  90.8
2023 August              85  2.4   97.7        15023   4.9  95.7
2023 September           78  2.2   99.9        13070   4.3  99.9
2023 October              3   .1  100.0          255    .1 100.0
Totals                 3556 100.0             306724 100.0
Cores With On Hand        8                     4685
```

Attachment 39 to Schedule A/B

**STEPHANIE MORRIS NISSAN**

| ASSETS | QUANTITY | |
|---|---|---|
| DESKS | 14 | 4,200.00 |
| CHAIRS | 47 | 4,700.00 |
| PHONES | 13 | 5,200.00 |
| COMPUTERS | 8 | 8,000.00 |
| PRINTERS | 10 | 8,000.00 |
| CDK PRINTER FI | 2 | 4,000.00 |
| CDK LASER | 2 | 5,000.00 |
| FILING CABINETS | 10 | 3,000.00 |
| TYPEWRITER | 2 | 500.00 |
| HUTCH | 2 | 2,000.00 |
| CALCULATORS | 6 | 360.00 |
| PAPER SHREDDER | 2 | 500.00 |
| TABLE | 5 | 200.00 |
| BARSTOOLS | 2 | 300.00 |
| TV | 3 | 2,550.00 |
| COFFEE TABLE | 1 | 300.00 |
| SMALL FRIDGE | 1 | 250.00 |
| REFRIGERATOR | 1 | 500.00 |
| CREDENZA | 1 | 800.00 |
| LEXMARK COPIER | 1 | 4,500.00 |
| LASER FAX MACHINE | 1 | 3,000.00 |
| CABINET | 1 | 300.00 |
| NISSAN CUSTOMER PROMISE SIGN | 1 | 750.00 |
| DISPLAY FIXTURE | 2 | 1,000.00 |
| NISSAN LOGO SIGN SHOWROOM | 1 | 5,000.00 |
| WELCOME SIGN - ENTRANCE | 1 | 5,000.00 |
| PICTURE | 1 | 250.00 |
| NISSAN MARQUE SIGN | 1 | 60,000.00 |
| USED NISSAN SIGN | 1 | 5,000.00 |
| 5X10 OUTDOOR BUILDING | 1 | 4,000.00 |
| LIFT-CHALLENGER  - | 1 | 7,500.00 |
| LIFT-NOTARY | 1 | 7,500.00 |
| LIFT-NOTARY | 1 | 7,500.00 |
| LIFT-NOTARY | 1 | 7,500.00 |
| AC MACHINE 134 | 1 | 9,000.00 |

| Item | Qty | Value |
|---|---|---|
| AC MACHINE 1234YF | 1 | 9,000.00 |
| BATTERY TESTER | 1 | 4,500.00 |
| CONSULT 3 KEY MACHINE | 1 | 6,000.00 |
| HANDHELD BATTERY TESTER | 2 | 1,200.00 |
| MAXIS SCAN TOOL | 1 | 9,000.00 |
| EMMIT TOOL AUDO TESTER | 1 | 1,500.00 |
| BOSCH SNIFFER TESTER | 1 | 2,500.00 |
| CUMMINS ENGINE TOOL KIT | 1 | 1,500.00 |
| BORESCOPE TECH CAM | 2 | 1,000.00 |
| SPECALITY TOOLS - FACTORY SPECIAL TOOLS | 3 BINS | 100,000.00 |
| AIR COMPRESSOR | 1 | 3,500.00 |
| TECHMATE DUAL PURPOSE AIR LEAK DETECTOR | 1 | 4,300.00 |
| CHASSISEAR WIRELESS FUEL PRESSURE KIT | 1 | 2,000.00 |
| C1 TRANSMISSION KIT | 1 | 2,000.00 |
| RADIO ANTENNA DIAGNOSIS KIT | 1 | 2,000.00 |
| FLOOR JACK | 1 | 500.00 |
| CHERRY PICKER | 1 | 750.00 |
| HUNTER SONAR BOARD WITH TARGETING LASER | 1 | 3,500.00 |
| BRAKE LATHE | 1 | 3,500.00 |
| ENGINE STANDS | 1 | 500.00 |
| AUTO TRANSMISSION FLUID CHANGER | 2 | 2,000.00 |
| BATTERY CHARGERS | 2 | 2,000.00 |
| MILLER MIG WELDER | 1 | 1,000.00 |
| TRANSMISSION JACK | 1 | 500.00 |
| ENGINE CRADLE | 1 | 800.00 |
| PARTS BINS | 34 | 34,000.00 |
| STORAGE SHELVES | 5 | 750.00 |
| TOTAL | | 377,960.00 |

**Fill in this information to identify the case:**

Debtor name _____ Stephanie Morris Nissan LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____     Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals     **12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................... | $0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*................................................................................. | $685,261.89

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*................................................................................... | $685,261.89

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $22,541,974.87

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... | $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. | **+** $2,859,796.15

4. **Total liabilities**............................................................................................................................ | $25,401,771.02

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Stephanie Morris Nissan LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** | From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $11,022,673.00 |
| **For the year before that:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $12,367,526.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |

Debtor   Stephanie Morris Nissan LLC
         Name

Case number *(if known)* _____

---

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code | _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |
| **Relationship to debtor** <br><br> _____ | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor  Stephanie Morris Nissan LLC

Name _____   Case number *(if known)* _____

| 5.1. | Equity Bank Sedalia | See attachment NOTE: Might have been | _____ |
|------|---------------------|-------------------------------------|-----------|
| | Creditor's name | repossessed by NMAC | |

920 Thompson Blvd.
Street

Sedalia, MO 65301
City                     State     ZIP Code

| 5.2. | NMAC | See attachment NOTE: Might have been | _____ |
|------|------|-------------------------------------|-----------|
| | Creditor's name | repossessed by Equity | |

1620 S. Brown Ave.
Street

c/o Kristina Martin

Sedalia, MO 65301
City                     State     ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|------------------------------|------------------------------------------|------------------------|--------|
| 6.1. _____ | | _____ | _____ |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City     State     ZIP Code | | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|------------|----------------|-------------------------------------|----------------|
| 7.1. See Attached | _____ | See Attached | ☑ Pending |
| | | Name | ☐ On appeal |
| **Case number** | | Street | ☐ Concluded |
| _____ | | City     State     ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  Stephanie Morris Nissan LLC

Name

Case number *(if known)*

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

| | Case title | Court name and address |
|---|---|---|

Street

Name

Street

City          State     ZIP Code

| Case number |
|---|

City          State     ZIP Code

| Date of order or assignment |
|---|

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City          State     ZIP Code

| Recipient's relationship to debtor |
|---|

---

**Part 5:**  Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**10.1.**

---

**Part 6:**  Certain Payments or Transfers

**11.** Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor    Stephanie Morris Nissan LLC                                        Case number *(if known)*
          Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | DeMarco-Mitchell, PLLC | | 9/12/2023 | $9,662.00 |

**Address**

500 N. Central Expressway Suite 500
Street


Plano, TX 75074
City                    State    ZIP Code

**Email or website address**


**Who made the payment, if not debtor?**


## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**


## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor _Stephanie Morris Nissan LLC_ Case number _(if known)_ _____
     Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City     State   ZIP Code

**Relationship to debtor**

_____

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ <br> Street <br><br> _____ <br><br> _____ <br> City  State  ZIP Code | From _____ To _____ |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | | |
| _____ <br> Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ <br> City  State  ZIP Code | | _Check all that apply:_ <br> ☐ Electronically <br> ☐ Paper |

---

Debtor ___Stephanie Morris Nissan LLC_____ Case number *(if known)*_____
    Name

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?

        ☑ No

        ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

        Has the plan been terminated?

        ☐ No

        ☐ Yes

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City    State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    Stephanie Morris Nissan LLC                                    Case number *(if known)*_____

        Name

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | | | | ☐ No |
| | _____ | _____ | _____ | ☐ Yes |
| | Name | _____ | _____ | |
| | _____ | _____ | _____ | |
| | Street | **Address** | _____ | |
| | _____ | _____ | _____ | |
| | City      State    ZIP Code | _____ | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | | | | ☐ No |
| | _____ | _____ | _____ | ☐ Yes |
| | Name | _____ | _____ | |
| | _____ | _____ | _____ | |
| | Street | **Address** | _____ | |
| | _____ | _____ | _____ | |
| | City      State    ZIP Code | _____ | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| _____ | _____ | _____ | |
| Name | _____ | _____ | |
| _____ | _____ | _____ | |
| Street | | _____ | |
| _____ | | _____ | |
| City      State    ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **8**

Debtor    Stephanie Morris Nissan LLC                                    Case number *(if known)*
_____
Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| _____ | Name _____ | _____ | ☐ On appeal |
| **Case number** | Street _____ | _____ | ☐ Concluded |
| | | _____ | |
| _____ | City    State    ZIP Code | _____ | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| | | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | _____ | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| | | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | _____ | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor  Stephanie Morris Nissan LLC _____  Case number *(if known)* _____
      Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.  Stephanie Morris Nissan of Durango
     LLC
     Name

     20704 US Hwy. 160 W
     Street

     Durango, CO 81301
     City      State     ZIP Code

EIN:  8 7 – 4 7 7 9 0 1 2

**Dates business existed**

From _____   To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.2.  Net Profit Growth
     Name

     3815 NW Pkwy
     Street

     Dallas, TX 75225
     City      State     ZIP Code

EIN:  _ _ – _ _ _ _ _ _ _

**Dates business existed**

From _____   To _____

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  Sherry Drehobl
     Name

     Street

     Ft. Worth, TX
     City     State    ZIP Code

From 4/15/2023   To present

| Name and address | Dates of service |
|---|---|

26a.2.  Kim Rider
     Name

     Street

     Glenpool, OK 74033
     City     State    ZIP Code

From 3/10/2023   To 5/1/2023

| Name and address | Dates of service |
|---|---|

26a.3.  Glenn Kegin
     Name

     2118 N. Broadway
     Street

     Shawnee, OK 74804
     City     State    ZIP Code

From 3/10/2023   To 5/1/2023

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

Debtor _____Stephanie Morris Nissan LLC_____   Case number *(if known)* _____
          Name

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ | From _____ To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City                State            ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Christine White | She has 4 boxes of tax records and employment records |
| Name | |
| 7425 La Cantera | |
| Street | |
| Fort Worth, TX 76108 | |
| City                State            ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                State            ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Sherry Drehobl | | $0.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ |
| Name |
| _____ |
| Street |
| Ft. Worth, TX |
| City                State            ZIP Code |

Debtor   Stephanie Morris Nissan LLC _____   Case number *(if known)* _____
         Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Stephanie Morris | 3815 NW Pkwy Dallas, TX 75225 | Principal/Dealer, | 100.00% |
| Chad Morris | 3815 NW Pkwy. Dallas, TX 75225 | COO, | 0.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ , | _____ | From _____  To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | _____ | _____ | _____ |
| **Relationship to debtor**<br>_____ | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

Debtor    Stephanie Morris Nissan LLC                                    Case number *(if known)*
          Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 02/01/2024 _____
              MM/  DD/  YYYY


**X** /s/ Chad Morris _____        Printed name _____ Chad Morris _____
    Signature of individual signing on behalf of the debtor


Position or relationship to debtor _____ COO _____


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

## <u>Attachment 3.3 to SOFA</u>

| Stephanie Morris Nissan, LLC | | |
|---|---|---|
| | | |
| Walter Auto Loan Trust; Agoratrade, LLC; Agoratrade, LLC as Trust Manager and Beneficiary of the Walter Auto Loan Trust; and Agora Data, Inc., v. Stephanie Morris Nissan of Sedalia; Stephanie Morris Nissan of Durango, LLC; Stephanie Morris Nissan, LLC; Chad Morris; Stephanie Morris | District Court, Tarrant County, Texas 348th Judicial District<br><br>Case No.: 348-344178-23 | Breach of Contract \| Specific Performance<br><br>Pending |
| | c/o Christine M. Manzo Courthouse Tower 25th Floor 44 W Flagler Street Miami, FL 33130 | |
| | | |
| Sean Frye v. Stephanie Morris Nissan, LLC | Circuit Court of Pettis County, Missouri 118th Judicial District | Breach of Contract \| Misrepresentation<br><br>Pending |
| | c/o Joshua Alton Sanders P.O. Box 332 Greenwood, MO 64034-0332 | |
| | | |
| Heather Winesburg v. Stephanie Morris Nissan, LLC, Stephanie Morris and Robbie Howard | United States District Court Western District of Missouri<br><br>Case No. 22-cv-4157 | FLSA and Wages<br><br>Pending |
| | c/o Michael Hodgson The Hodgson Law Firm, LLC<br><br>3609 SW Pryor Road Lee's Summit, MO 64082 | |
| | | |
| Mechanical Breakdown Protection, Inc. v. Stephanie Morris Nissan, LLC, Chad Morris, Stephanie Morris, and Net Profit Growth, LLC | Circuit Court of Jackson County, Missouri at Kansas City, Division 3<br>Case No.  2216-CV27379 | Breach of Contract<br><br>Pending |
| | c/o Erik H. Nelson KNIGHT NICASTRO MACKAY, LLC 304 West 10th Street Kansas City, MO 64105 | |
| Equity Bank v. Stephanie Morris Nissan, LLC; Stephanie Morris Nissan of Durango, LLC; Chad Morris; Stephanie Morris; Nissan Motor Acceptance Company, LLC; and TBF | United States District Court, Western District of Missouri | Breach of Contract<br><br>Pending |

# Attachments 5. F & 5.2 to SOFA

| VIN | Year | Make | Model | Amt Advanced | Date Advanced | Curtailments Paid to Date | Current Balance Due |
|---|---|---|---|---|---|---|---|
| SALEWEEE6P2138994 | 2023 | Land Rover | Defender | $ 127,708.61 | 10/12/22 | $ 76,625.16 | $ 51,083.45 |
| KNMAT2MV2KP536701 | 2019 | Nissan | Rogue SV | $ 23,850.00 | 3/2/23 | $ 2,385.00 | $ 21,465.00 |
| KNMAT2MT3HP558018 | 2017 | Nissan | Rogue S | $ 21,775.00 | 3/2/23 | $ 2,177.50 | $ 19,597.50 |
| 1N4BL4BV2LC192420 | 2020 | Nissan | Altima | $ 19,800.00 | 3/22/23 | $ 1,980.00 | $ 17,820.00 |
| 3N1CN8EV3ML835636 | 2021 | Nissan | Versa | $ 18,425.00 | 3/22/23 | $ 1,842.50 | $ 16,582.50 |
| KNDPMCACPJ7365475 | 2018 | Kia | Sportage | $ 21,750.00 | 3/31/23 | $ 2,175.00 | $ 19,575.00 |
| JN1BJ1AW9N1421610 | 2021 | Nissan | Rogue SPTS | $ 26,740.00 | 4/6/23 | $ 2,674.00 | $ 24,066.00 |
| 5N1AT2MV7LC718379 | 2020 | Nissan | Rogue | $ 27,350.00 | 4/7/23 | $ 2,735.00 | $ 24,615.00 |
| 5N1AT2MT6KC771006 | 2019 | Nissan | Rogue | $ 19,380.00 | 4/7/23 | $ 1,938.00 | $ 17,442.00 |
| 1GKKNNLS2KZ257572 | 2019 | GMC | Acadia SLT | $ 26,920.00 | 4/12/23 | $ 2,692.00 | $ 24,228.00 |
| 3KPFL4A86HE115704 | 2017 | Kia | Forte | $ 14,500.00 | 4/28/23 | $ 1,450.00 | $ 13,050.00 |
| JN8AZ2NE5L9255256 | 2020 | Infiniti | QX80 | $ 38,575.00 | 4/28/23 | $ 3,857.50 | $ 34,717.50 |
| JA4AP3AU8LU026222 | 2020 | Mitsubishi | Outlander | $ 21,425.00 | 4/28/23 | $ 2,142.50 | $ 19,282.50 |
| KNDCC3LC7H5085817 | 2017 | Kia | Nitro | $ 22,800.00 | 4/28/23 | $ 2,280.00 | $ 20,520.00 |
| 1N6AA1ED7PN102506 | 2023 | Nissan | Titan SV | $ 59,000.00 | 5/3/23 | $ - | $ 59,000.00 |
| 3N1CP5DVXLL564583 | 2020 | Nissan | Kicks SV | $ 24,020.00 | 5/9/23 | $ - | $ 24,020.00 |
| KM8JU3AG5EU865631 | 2014 | Hyundai | Tucson SE SE | $ 20,575.00 | 5/24/23 | $ - | $ 20,575.00 |
| 2GNALBEK8G1162224 | 2016 | Chevy | Equin LS LS | $ 15,375.00 | 5/24/23 | $ - | $ 15,375.00 |
| 3C4NJCAB1JT487802 | 2018 | Jeep | Compass Spt Sport | $ 15,635.00 | 5/24/23 | $ - | $ 15,635.00 |
| JN1BJ1CP3KW528381 | 2019 | Nissan | Rogue Sport S | $ 21,090.00 | 5/24/23 | $ - | $ 21,090.00 |
| JN8AT2MT9JW462247 | 2018 | Nissan | Rogue S S | $ 20,575.00 | 5/24/23 | $ - | $ 20,575.00 |
| 3TMCZ5AN7MM417693 | 2021 | Toyota | Tacoma | $ 40,000.00 | 5/24/23 | $ - | $ 40,000.00 |
| 5N1AZ2MS8KN144169 | 2019 | Nissan | Murano | $ 21,770.00 | 5/31/23 | $ - | $ 21,770.00 |
| 1G1ZD5ST6MF035167 | 2021 | Chevy | Malibu | $ 20,810.00 | 6/2/23 | $ - | $ 20,810.00 |
| JTNKHMBX7M1108565 | 2021 | Toyota | CH-R | $ 24,500.00 | 6/2/23 | $ - | $ 24,500.00 |
| 1V2WR2CA0KC523356 | 2019 | Volkswagen | Atlas SE | $ 27,500.00 | 6/14/23 | $ - | $ 27,500.00 |
| 1C4PJLAS2HW667352 | 2017 | Jeep | Cherokee Sport | $ 18,000.00 | 6/22/23 | $ - | $ 18,000.00 |
| WBAVM5C56EVV93353 | 2014 | BMW | X1 | $ 15,900.00 | 6/23/23 | $ - | $ 15,900.00 |
| 5TDLZRAH3MS061695 | 2021 | Toyota | Highlander XSE | $ 42,295.00 | 6/23/23 | $ - | $ 42,295.00 |
| WBA4F7C57HG438143 | 2017 | BMW | 4-Series | $ 22,500.00 | 6/23/23 | $ - | $ 22,500.00 |
| 3GTU9DED5MG316117 | 2021 | GMC | Sierra 1500 | $ 48,095.00 | 6/26/23 | $ - | $ 48,095.00 |
| JTEBU5JRXG5329921 | 2016 | Toyota | 4 Runner SR5 | $ 32,295.00 | 6/26/23 | $ - | $ 32,295.00 |
| 3GKALVEV7LL244026 | 2020 | GMC | Terrain | $ 42,295.00 | 6/26/23 | $ - | $ 42,295.00 |
| 3CZRU6H14MM721124 | 2021 | Honda | HR-V | $ 28,233.00 | 6/26/23 | $ - | $ 28,233.00 |
| 1FA6P8CF4G5298334 | 2016 | Ford | Mustang GT | $ 30,000.00 | 6/27/23 | $ - | $ 30,000.00 |
| JM3KFBDM1M0325558 | 2016 | Ford | Mustang GT | $ 28,719.00 | 6/27/23 | $ - | $ 28,719.00 |
| 1FMJU1MT5JEA21039 | 2018 | Ford | Expedition | $ 37,500.00 | 6/29/23 | $ - | $ 37,500.00 |
| 5N1DR2MN3JC629871 | 2018 | Nissan | Pathfinder SV | $ 16,000.00 | 6/30/23 | $ - | $ 16,000.00 |
| 3GNAXHEV1MS140339 | 2021 | Chevy | Equinox LS | $ 21,800.00 | 6/30/23 | $ - | $ 21,800.00 |
| 5N1DR2MN0HC611273 | 2017 | Nissan | Pathfinder S | $ 15,000.00 | 6/30/23 | $ - | $ 15,000.00 |
| 1N4BL4EV6KC256694 | 2019 | Nissan | Altimna SL 2.5 | $ 19,400.00 | 6/30/23 | $ - | $ 19,400.00 |
| 1HGCR2F57HA110570 | 2017 | Honda | Accord Sport | $ 20,000.00 | 6/30/23 | $ - | $ 20,000.00 |
| 1FMCU0JX5GUA63946 | 2016 | Ford | Escape Titanium | $ 15,100.00 | 6/30/23 | $ - | $ 15,100.00 |
| 1FMCU0GD6HUA81533 | 2017 | Ford | Escape Titanium | $ 21,000.00 | 6/30/23 | $ - | $ 21,000.00 |
| 2GNALBEK2F6355180 | 2015 | Chevy | Equinox | $ 21,000.00 | 6/30/23 | $ - | $ 21,000.00 |
| 2FMPK3J99JBC00295 | 2018 | Ford | Edge SEL | $ 21,000.00 | 6/30/23 | $ - | $ 21,000.00 |
| WBXHU7C3XJ5H45516 | 2018 | BMW | X1 SDRIVE28I | $ 19,750.00 | 6/30/23 | $ - | $ 19,750.00 |
| 3N1CN8EV8ML827712 | 2021 | Nissan | Versa SV 4 Dr Sedan BLK | $ 19,750.00 | 7/13/23 | $ - | $ 19,750.00 |

Attachments 5. 1 & 5.2 to SOFA

| VIN | Year | Make | Model | Amt Advanced | Date Advanced | Curtailments Paid to Date | Current Balance Due |
|---|---|---|---|---|---|---|---|
| 3FA5P0K97FR279804 | 2015 | Ford | Fusion | $ 9,800.00 | 7/14/23 | $ - | $ 9,800.00 |
| 1N4BL4EV8LC184320 | 2020 | Nissan | Altima 2.5 SL 4DR Sedan | $ 20,200.00 | 7/21/23 | $ - | $ 20,200.00 |
| WBA5R7C53KFH12241 | 2019 | BMW | 3 Series 330I Xdrive 4DR Sedan | $ 26,854.00 | 7/21/23 | $ - | $ 26,854.00 |
| 3N1CP5BV0NL496400 | 2022 | Nissan | Kicks S FWD 4D | $ 26,854.00 | 7/24/23 | $ - | $ 26,854.00 |
| 3GCPCREH8JG468838 | 2018 | Chevy | Silverado 1500 | $ 23,255.00 | 7/24/23 | $ - | $ 23,255.00 |
| 1GC1KXEG5JF126799 | 2018 | Chevy | Silverado 2500 | $ 40,595.00 | 7/24/23 | $ - | $ 40,595.00 |
| 1N4AL3AP9DN434005 | 2013 | Nissan | Altima | $ 10,000.00 | 7/26/23 | $ - | $ 10,000.00 |
| ZACCJBDT8GPD13652 | 2016 | Jeep | Renegade | $ 13,000.00 | 7/26/23 | $ - | $ 13,000.00 |
| 1FM5K7FH2JGC93667 | 2019 | Ford | Explorer | $ 26,000.00 | 7/26/23 | $ - | $ 26,000.00 |
| 3N1AB7AP8KY431796 | 2019 | Nissan | Sentra SV | $ 18,247.00 | 7/26/23 | $ - | $ 18,247.00 |
| 2HGFC1F91GH658981 | 2016 | Honda | Civic | $ 17,555.00 | 7/27/23 | $ - | $ 17,555.00 |
| JN1BJ1AVXMW316243 | 2021 | Nissan | Rogue Sport | $ 23,100.00 | 7/27/23 | $ - | $ 23,100.00 |
| KL4CJCSM6KB889755 | 2019 | Buick | Encore | $ 20,295.00 | 7/27/23 | $ - | $ 20,295.00 |
| JN8AY2NC8J9558496 | 2018 | Nissan | Armada | $ 30,760.00 | 7/31/23 | $ - | $ 30,760.00 |
| 2C4RDGCG7HR772607 | 2017 | Dodge | Grand Caravan SXT Wagon | $ 20,105.00 | 7/31/23 | $ - | $ 20,105.00 |
| 5N1DL0MN7JC501218 | 2018 | Infiniti | QX60 | $ 19,500.00 | 7/31/23 | $ - | $ 19,500.00 |
| JN1BJ1CV0LW274435 | 2020 | Nissan | Rogue Sport | $ 23,420.00 | 7/31/23 | $ - | $ 23,420.00 |
| 3N1AB8CV0MY225487 | 2021 | Nissan | Sentra | $ 23,620.00 | 8/2/23 | $ - | $ 23,620.00 |
| 5N1DR2MN4KC622607 | 2019 | Nissan | Pathfinder SV FWD | $ 23,970.00 | 8/4/23 | $ - | $ 23,970.00 |
| 3N1CP5BV2LL501061 | 2020 | Nissan | Kicks S FWD 4D SUV | $ 19,670.00 | 8/4/23 | $ - | $ 19,670.00 |
| 1N4BL4BV5NN373454 | 2022 | Nissan | Altima 2.5 S FWD | $ 24,430.00 | 8/4/23 | $ - | $ 24,430.00 |
| 2C3CDXJG7GH282122 | 2016 | Dodge | Charger | $ 17,950.00 | 8/4/23 | $ - | $ 17,950.00 |
| 3C4NJDBB4HT693033 | 2017 | Jeep | Compass | $ 18,550.00 | 8/8/23 | $ - | $ 18,550.00 |
| 3N1AB7AP9FL664606 | 2015 | Nissan | Sentra | $ 15,550.00 | 8/8/23 | $ - | $ 15,550.00 |
| 1C6RR7YT7HS623983 | 2017 | Dodge | Ram | $ 25,500.00 | 8/8/23 | $ - | $ 25,500.00 |
| 1FTEW1E58JKC27795 | 2017 | Ford | F150 | $ 23,000.00 | 8/8/23 | $ - | $ 23,000.00 |
| 1FTEW1E56KFD53177 | 2019 | Ford | F150 | $ 32,000.00 | 8/8/23 | $ - | $ 32,000.00 |
| 1FTPW14V16KC84549 | 2006 | Ford | F150 | $ 7,000.00 | 8/15/23 | $ - | $ 7,000.00 |
| 4T1KZ1AKXM057322 | 2021 | Toyota | Camry | $ 34,000.00 | 8/15/23 | $ - | $ 34,000.00 |
| 1FMJK2A56EEF65847 | 2014 | Ford | Expedition | $ 12,000.00 | 8/15/23 | $ - | $ 12,000.00 |
| KNMAT2MVXFP527945 | 2020 | Nissan | Rogue | $ 15,000.00 | 8/21/23 | $ - | $ 15,000.00 |
| 1GCVKREC2HZ375192 | 2017 | Chevy | Silverado | $ 33,500.00 | 8/21/23 | $ - | $ 33,500.00 |
| 1C4GJXAGXLW327040 | 2020 | Jeep | Wrangler | $ 34,000.00 | 8/21/23 | $ - | $ 34,000.00 |
| 2G61N5S3XH9149871 | 2017 | Cadillac | XTS | $ 19,950.00 | 8/23/23 | $ - | $ 19,950.00 |
| 3N1AB8BV7NY277556 | 2022 | Nissan | Sentra | $ 21,000.00 | 8/23/23 | $ - | $ 21,000.00 |
| 5J8TB3H35HL008128 | 2017 | Acura | RDX | $ 20,500.00 | 8/23/23 | $ - | $ 20,500.00 |
| 3N1CP5DV6LL504641 | 2020 | Nissan | Kicks SR | $ 23,700.00 | 8/23/23 | $ - | $ 23,700.00 |
| 4JGDF6EE2HA932905 | 2017 | Mercedes Benz | GLS 450 | $ 35,500.00 | 8/23/23 | $ - | $ 35,500.00 |
| 5UXWY3C55F0E96788 | 2015 | BMW | X3 XDrive28d AWD 4 Door Wagon | $ 15,850.00 | 8/24/23 | $ - | $ 15,850.00 |
| 5UXKR6C56G0J80893 | 2016 | BMS | X5 Xdrive50i | $ 26,950.00 | 8/24/23 | $ - | $ 26,950.00 |
| 1FTEW1EG1JFA04752 | 2018 | Ford | F150 XLT 4WD 4 Door | $ 26,950.00 | 8/24/23 | $ - | $ 26,950.00 |
| 1GC4KXEY8KF237970 | 2019 | Chevy | Silverado 3500 | $ 50,050.00 | 8/28/23 | $ - | $ 50,050.00 |
| 5UXCX4C55KLS39101 | 2019 | BMW | X7 5.0 | $ 55,000.00 | 8/30/23 | $ - | $ 55,000.00 |
| JN8AS5MV4DW602442 | 2013 | Nissan | Rogue | $ 9,000.00 | 8/30/23 | $ - | $ 9,000.00 |
| 3FAHP0HA5CR181246 | 2012 | Ford | Fusion | $ 7,000.00 | 8/30/23 | $ - | $ 7,000.00 |
| 1FMCU9GD7HUA53647 | 2017 | Ford | Escape | $ 13,675.00 | 8/30/23 | $ - | $ 13,675.00 |
| KL7CJKSB6LB053201 | 2019 | Chevy | Trax | $ 20,278.00 | 8/30/23 | $ - | $ 20,278.00 |
| 5N1AZ2MG8HN136187 | 2017 | Nissasn | Murano | $ 24,514.00 | 8/30/23 | $ - | $ 24,514.00 |

# Attachments 5.1 & 5.2 to SOFA

| VIN | Year | Make | Model | Amt Advanced | Date Advanced | Curtailments Paid to Date | Current Balance Due |
|---|---|---|---|---|---|---|---|
| 1FMCU9GX2EUD37337 | 2014 | Ford | Escape | $ 12,794.00 | 8/31/23 | $ - | $ 12,794.00 |
| 4T4BF1FK0CR172730 | 2012 | Toyota | Camry | $ 8,000.00 | 8/31/23 | $ - | $ 8,000.00 |
| 1C4NJDEB0CD588466 | 2012 | Jeep | Compass | $ 13,000.00 | 8/31/23 | $ - | $ 13,000.00 |
| 3CZRU5H50JM714597 | 2018 | Honda | HR-V EX | $ 24,415.00 | 9/1/23 | $ - | $ 24,415.00 |
| 1FTEW1E58LKE93899 | 2020 | Ford | F150 XLT 4WD Supercrew 5 | $ 37,555.00 | 9/1/23 | $ - | $ 37,555.00 |
| 1FTEW1CP9KKE77729 | 2019 | Ford | F150 XL 2WD Supercrew 5.5 | $ 26,335.00 | 9/1/23 | $ - | $ 26,335.00 |
| 1FTEW1CP5KKE12960 | 2019 | Ford | F150 XL 2WD Supercrew 5.5 | $ 25,335.00 | 9/1/23 | $ - | $ 25,335.00 |
| JF1VA1A67F9817875 | 2015 | Subaru | WRX | $ 19,000.00 | 9/1/23 | $ - | $ 19,000.00 |
| 5UXCX6C05L9D36008 | 2020 | BMW | X7 | $ 70,000.00 | 9/12/23 | $ - | $ 70,000.00 |
| 3FA6P0HD9ER185062 | 2014 | Ford | Fusion | $ 8,000.00 | 9/12/23 | $ - | $ 8,000.00 |
| 1C4BJWDG2GL298320 | 2016 | Jeep | Wrangler | $ 22,000.00 | 9/12/23 | $ - | $ 22,000.00 |
| **107** | | | | | | $ | **2,556,157.45** |

Attachments 5.1 & 5.2 to SOFA

| VIN 6 | VIN | Year | Make | Model | FP Code |
|-------|-----|------|------|-------|---------|
| 020165 | JN8AT2MTXGW020165 | 2016 | NISSAN | RGE | PONI |
| 112470 | 5N1AZ2BS2PC112470 | 2023 | NISSAN | MUR | DDL |
| 112698 | 5N1AZ2BSXPC112698 | 2023 | NISSAN | MUR | NEW |
| 113472 | 1N6AA1ED5PN113472 | 2023 | NISSAN | TTN | NEW |
| 114461 | 5N1AZ2BS0PC114461 | 2023 | NISSAN | MUR | DDL |
| 116104 | 5N1AZ2BS8PC116104 | 2023 | NISSAN | MUR | NEW |
| 136187 | 5N1AZ2MG8HN136187 | 2017 | Nissan | MUR | PONI |
| 183230 | 1N4BL4CV9LC183230 | 2020 | Nissan | Altima | PONI |
| 203367 | 5N1DR3BC6RC203367 | 2024 | NISSAN | PTH | NEW |
| 209413 | 5N1DR3DJ1RC209413 | 2024 | NISSAN | PTH | NEW |
| 217534 | 5N1DR3BD2RC217534 | 2024 | NISSAN | PTH | NEW |
| 225487 | 3N1AB8CV0MY225487 | 2021 | NISSAN | SEN | PONI |
| 237161 | 5N1DR3CC8PC237161 | 2023 | NISSAN | PTH | NEW |
| 304765 | 1N4BL4EV9PN304765 | 2023 | NISSAN | ALT | DDL |
| 306406 | 1N4BL4DWXPN306406 | 2023 | NISSAN | ALT | DDL |
| 307478 | 1N4BL4CV2RN307478 | 2024 | NISSAN | ALT | NEW |
| 308389 | 1N4BL4EV1RN308389 | 2024 | NISSAN | ALT | NEW |
| 310217 | 1N4BL4CV0RN310217 | 2024 | NISSAN | ALT | NEW |
| 313309 | 1N4BL4CV9RN313309 | 2024 | NISSAN | ALT | NEW |
| 316243 | JN1BJ1AVXMW316243 | 2021 | NISSAN | RSP | PONI |
| 316531 | 1N4BL4CV3RN316531 | 2024 | NISSAN | ALT | NEW |
| 317538 | 1N4BL4CV0RN317538 | 2024 | NISSAN | ALT | NEW |
| 317886 | 1N4AL4CV0PN317886 | 2023 | NISSAN | ALT | NEW |
| 319166 | 1N4BL4CVXRN319166 | 2024 | NISSAN | ALT | NEW |
| 323119 | 1N4AL4CV9PN323119 | 2023 | NISSAN | ALT | DDL |
| 358883 | 1N4BL4BVXMN358883 | 2021 | Nissan | Altima | PONI |
| 480000 | JN8BT3BB3PW480000 | 2023 | NISSAN | RGE | NEW |
| 480094 | JN8BT3BB5PW480094 | 2023 | NISSAN | RGE | NEW |
| 496400 | 3N1CP5BV0NL496400 | 2022 | Nissan | Kicks | PONI |
| 517287 | 3N1CP5CU3KL517287 | 2019 | Nissan | Kicks | PONI |
| 528381 | JN1BJ1CP3KW528381 | 2019 | NISSAN | RSP | PONI |
| 546092 | 3N1CP5DV3PL546092 | 2023 | NISSAN | KIX | NEW |
| 554951 | 3N1CP5CV8PL554951 | 2023 | NISSAN | KIX | NEW |
| 555110 | 3N1CP5DV2PL555110 | 2023 | NISSAN | KIX | NEW |
| 555606 | 3N1CP5DV9PL555606 | 2023 | NISSAN | KIX | NEW |
| 558496 | JN8AY2NC8J9558496 | 2018 | Nissan | Armada | PONI |
| 613534 | 5N1DR2MM3KC613534 | 2019 | NISSAN | PTH | PONI |
| 619193 | JN8AY2NC7L9619193 | 2020 | Nissan | Armada | PONI |

# Attachments 5. 1 & 5.2 to SOFA

| 622607 | 5N1DR2MN4KC622607 | 2019 | Nissan | Pathfinder | PONI |
|--------|-------------------|------|--------|------------|------|
| 629871 | 5N1DR2MN3JC629871 | 2018 | Nissan | Pathfinder | PONI |
| 672413 | 1N6ED1EK1PN672413 | 2023 | NISSAN | 720 | NEW |
| 672463 | 1N6ED1CMXPN672463 | 2023 | NISSAN | 720 | NEW |
| 672623 | 1N6ED1EK1PN672623 | 2023 | NISSAN | 720 | NEW |
| 674036 | 1N6ED1EK7PN674036 | 2023 | NISSAN | 720 | NEW |
| 680722 | 5N1AT3BA1MC680722 | 2021 | Nissan | Rogue | PONI |
| 690948 | JN8AY2CD2P9690948 | 2023 | NISSAN | ARM | DDL |
| 741925 | 5N1BT3BA2PC741925 | 2023 | NISSAN | RGE | DDL |
| 780293 | JN8AY2NE2L9780293 | 2020 | Nissan | Armada | PONI |
| 816523 | 5N1BT3BB6PC816523 | 2023 | NISSAN | RGE | NEW |
| 818030 | 5N1BT3AB2PC818030 | 2023 | NISSAN | RGE | NEW |
| 831418 | JN8AY2DB4P9831418 | 2023 | NISSAN | ARM | NEW |
| 832158 | JN8AY2DB9P9832158 | 2023 | NISSAN | ARM | NEW |
| 832210 | JN8AY2DB7P9832210 | 2023 | NISSAN | ARM | DDL |
| 832250 | JN8AY2DB8P9832250 | 2023 | NISSAN | ARM | DDL |
| 834546 | JN8AY2DB6P9834546 | 2023 | NISSAN | ARM | NEW |
| 842155 | 5N1AT2MV6JC842155 | 2018 | Nissan | Rogue | PONI |
| 852495 | 5N1BT3BB9PC852495 | 2023 | NISSAN | RGE | NEW |
| 862216 | 5N1BT3BB7PC862216 | 2023 | NISSAN | RGE | NEW |
| 886684 | 5N1BT3CA9PC886684 | 2023 | NISSAN | RGE | NEW |

| GRP | | |
|---|---|---|
| | c/o Justin M. Nichols<br>Kutak Rock LLP<br>2300 Main Street, Suite 800<br>Kansas City, MO 64108 | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

**In re**    Stephanie Morris Nissan LLC

Case No. _____

**Debtor**    Chapter _____7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    $10,000.00

Prior to the filing of this statement I have received ................................................................    $10,000.00

Balance Due ............................................................................................................................    $0.00

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

<div style="border:1px solid black; padding:1em;">

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| _02/01/2024_ | /s/ Robert T DeMarco |
| *Date* | Robert T DeMarco |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 24014543
DeMarco Mitchell, PLLC
500 N. Central Expressway Suite 500
Plano, TX 75074
Phone: (972) 578-1400

</div>

DeMarco Mitchell, PLLC
*Name of law firm*

</div>

| | |
|---|---|
| Date: _02/01/2024_ | /s/ Chad Morris |
| | **Chad Morris** |

A lot a Clean
PO Box 284
Lees Summit, MO 64063


Agora Data, Inc.
c/o Christine M. Manzo
Courthouse Tower 25th Floor
44 W Flagler Street
Miami, FL 33130

Agoratrade, LLC
c/o Christine M. Manzo
Courthouse Tower 25th Floor
44 W Flagler Street
Miami, FL 33130

Ally
c/o Todd Smith
425 W. South St
Warrensburg, MO 64093


American Express
P.O. Box 650448
Dallas, TX 75265-0448


Attorney General of Texas
OAG/CSD/Mail Code 38
PO Box 12017
Austin, TX 78711-2017


Attorney General of the
United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

Autozone
PO Box 791409
Baltimore, MD 21279-1409

Big O Tires
4106 WEST BROADWAY
Sedalia, MO 65301


Busovs AA Muffler Shop
109 S LAMINE
Sedalia, MO 65301


BVS Lock & Key
801D N COLLEGE AVE
Columbia, MO 65201


Carfax
16630 COLLECTION CENTER DRIVE
Chicago, IL 60693


Carmax Auto Finance
Carolyn Flint
26781 Waterfront Dr.
Warsaw, MO 65355


Carmedic
4521 HEDGE ROAD
Roxana, IL 62084


Central Bank
C/o Bobby Estes
18802 Ware Road
Green Ridge, MO 65332


Chad Morris
3815 NW Pkwy.
Dallas, TX 75225

Charter Communications
PO Box 790086
Saint Louis, MO 63179-0086

Check Into Cash
c/o Lora Jones
837 Carriage Dr.
Deepwater, MO 64740

Chrylser Capital
c/o Johnathon Wirtz & Cheyenne Freeman
303 W. Clark St.
Versailles, MO 65084

City of Sedalia
FINANCE DEPT
Sedalia, MO 65301

Complete Cleaning
300 WEST AVE
Sedalia, MO 65301

Corey Shelton
3113 N 24TH
Omaha, NE 68110

Credit Acceptance
c/o Janet Stohel
1124 SE 600th Rd Apt. B
65336

Dealer Alchemist
9233 PARK MEADOWS DRIVE
Lone Tree, CO 80124

Dealer Specialties
DOMINION PROCESSING
PO Box 779013
Chicago, IL 60677-9013

Dealer Tire
780 Wyoming St
Kansas City, MO 64101

Dealertrack
P.O. BOX 6129
New York, NY 10249-6129

Detail Shop
4931 S LIMIT
Sedalia, MO 65301

EAutoAppraise
22601 N 19TH AVE SUITE 223
Phoenix, AZ 85027

Elite Automotive Experts
932 KING NECKED CT
Stockbridge, GA 30281

Equity Bank CC
920 Thompson Blvd.
Sedalia, MO 65301

Equity Bank CC
PO Box 780163
Wichita, KS 67278-0163

Equity Bank Sedalia
920 Thompson Blvd.
Sedalia, MO 65301

Evergy
PO Box 219703
Kansas City, MO 64121-9703

Fas-Break
PO Box 1782
Sedalia, MO 65302

FedEx
PO Box 94515
Palatine, IL 60094-4515

FMF
800 W Yamato Dr.
Boca Raton, FL 33431

Great American Financial
Services
PO Box 660831
Dallas, TX 75266

Heather Winesburg
c/o Michael Hodgson
3609 SW Pryor Road
Lees Summit, MO 64082

Identifix
PO Box 856618
Minneapolis, MN 55485-6618

In Motion Towing
4207 S LIMIT AVE SUITE A
Sedalia, MO 65301

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service -
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Mada Workers Comp Fund
PO Box 1309
Jefferson City, MO 65102

Madison Advance
83 Wooster Hts
Danbury, CT 06810-7548

Max Digital, LLC
833 W JACKSON BLVD., SUITE 200
Chicago, IL 60607

Mechanical Breakdown
Protection, Inc.
c/o Erik H. Nelson
304 West 10th Street
Kansas City, MO 64105

Metropolitan Supply
PO Box 129
Chanhassen, MN 55317

NAPA Auto Parts
300 E OLD HWY 40
Odessa, MO 64076


Native American Bank
201 N. Broadway
Denver, CO 80203


Net Profit Growth
3815 NW Pkwy
Dallas, TX 75225


Nissan Motor Acceptance
PO Box 660604
Dallas, TX 75266-0604


NMAC
c/o Kristina Martin
1620 S. Brown Ave.
Sedalia, MO 65301


NMAC's Bankruptcy
Department
PO Box 660366
Dallas, TX 75266-0366


O'Reilly Auto Parts
PO Box 9464
Springfield, MO 65801-9464


Oakes Kia
2900 BURLINGTON AVE
Kansas City, MO 64116

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548


Office of the United States
Trustee
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450


Ozark Disposal Company
PO Box 563
65355-0563


Reggie Coley
823 CLAYBROOK CT
Knoxville, TN 37923


Sean Frye
c/o Joshua Alton Sanders
P.O. Box 332
Greenwood, MO 64034-0332


SEC
100 F Street
Washington, DC 20549


Stephanie Morris
3815 NW Pkwy
Dallas, TX 75225


Stephanie Morris Nissan of
Durango LLC
20704 US Hwy. 160 W
Durango, CO 81301

Tab Company
PO Box 150830
Ogden, UT 84415-0830


Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Attorney General's
Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public
Accounts
PO Box 12548, MC-008
Austin, TX 78711-2548


Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TEC Building Tax Dept.
101 E. 15th Sreet
Austin, TX 78778


Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442


Tio Fund I
107 John St Fl 3
Southport, CT 06890-1466

Torq Distribution
BIN: 118
Saint Louis, MO 63178-4054

Triple Threat
P.O. Box 129
Seneca, SC 29679

True Business Funding
301 Mill Rd.
Hewlett, NY 11557

U.S. Dept. of HUD
1600 Throckmorton St
Fort Worth, TX 76102-6600

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Small Business
Administration
4300 Amon Carter Blvd Suite 114
Fort Worth, TX 76155

United States Attorney
110 North College Ave, Ste. 700
Tyler, TX 75702-0204

United States Attorney
110 North College Ave. Ste. 700
Tyler, TX 75702-0204

United States Trustee
110 North College Ave., Ste. 300
Tyler, TX 75702-7231


VIN Solutions
PO Box 935595
Atlanta, GA 31193-5595


VIP Transport
4701 EADES ST
Rockville, MD 20853


Wallis Lubricant
PO Box 790379
Saint Louis, MO 63179


Walter Auto Loan Trust
c/o Christine M. Manzo
Courthouse Tower 25th Floor
44 W Flagler Street
Miami, FL 33130

Warehouse Tire
4004 S. LIMIT
Sedalia, MO 65301

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Stephanie Morris Nissan LLC**                                  CASE NO

                                                                        CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____02/01/2024_____     Signature _____     /s/ Chad Morris_____
                                                                        Chad Morris, COO