**DeMarco•Mitchell, PLLC**
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: | Case No.: 24-30310-mvl7 |
| | Chapter: 7 |
| **Stephanie Morris Nissan LLC** | |
| Debtor. | |

## NOTICE OF RESCHEDULED FIRST MEETING OF CREDITORS

PLEASE TAKE NOTICE that the First Meeting of Creditors, originally scheduled for March 12, 2024, at 9:20 a.m. has been rescheduled for **March 14, 2024, at _9:30 a.m._**  A copy of the *Notice of Chapter 11 Case* is attached for your convenience.

PLEASE TAKE FURTHER NOTICE that the hearing will be conducted via telephone as follows:

**Toll free number: 866−700−3685
Alternate number: 203−801−1606
Participant Code: 8348753**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: **February 26, 2024** | */s/ Robert DeMarco* |
|  | **DeMarco•Mitchell, PLLC** |
|  | Robert T. DeMarco, Texas Bar No. 24014543 |
|  | Email    robert@demarcomitchell.com |
|  | Michael S. Mitchell, Texas Bar No. 00788065 |
|  | Email    mike@demarcomitchell.com |
|  | 1255 W. 15th Street, 805 |
|  | Plano, TX 75075 |
|  | T       972-578-1400 |
|  | F       972-346-6791 |
|  | **Counsel for Debtor** |

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankrupcty procedure on this **26th day of February, 2024**. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission or email where a facsimile number or email address is set forth below. Where such electronic service was not possible, service was made via regular first class mail.

### TRUSTEES

| | |
|---|---|
| **Office of the United States Trustee**<br>Earle Cabell Federal Building<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | **Daniel J. Sherman, Trustee**<br>509 N. Montclair Ave.<br>Dallas, TX 75208 |

### ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE

### SEE ATTACHED MATRIX

*/s/ Robert DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T**         972-991-5591
**F**         972-346-6791

| Information to identify the case: | | |
|---|---|---|
| Debtor | Stephanie Morris Nissan LLC<br>Name | EIN: 87–3372305 |
| United States Bankruptcy Court | Northern District of Texas | Date case filed for chapter: 7  2/1/24 |
| Case number: | 24–30310–mvl7 | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Stephanie Morris Nissan LLC | |
| 2. **All other names used in the last 8 years** | dba Stephanie Morris Nissan | |
| 3. **Address** | 3815 NW Pkwy<br>Dallas, TX 75225 | |
| 4. **Debtor's attorney**<br>Name and address | Robert Thomas DeMarco<br>DeMarco–Mitchell, PLLC<br>1255 W. 15th St., Ste 805<br>Plano, TX 75075 | Contact Phone: (972) 578–1400<br>Email: robert@demarcomitchell.com |
| 5. **Bankruptcy trustee**<br>Name and address | Daniel J. Sherman<br>Daniel J. Sherman, Trustee<br>509 N. Montclair<br>509 N. Montclair Ave.<br>Dallas, TX 75208 | Contact Phone: (214) 942–5502<br>Email: djsherman@syllp.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | Hours open:<br>Mon.–Fri 8:30–4:30<br>Contact Phone: 214–753–2000<br>Date: 2/1/24 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 12, 2024 at 09:20 AM**<br>**BY TELEPHONE**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: **Daniel J. Sherman**<br>Toll free number: **866–700–3685**<br>Alternate number: **203–801–1606**<br>Participant Code: **8348753** |
| | Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting. | |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page 1

```
Label Matrix for local noticing          Nissan Motor Acceptance Company, LLC       Stephanie Morris Nissan LLC
0539-3                                   c/o Severson & Werson                      3815 NW Pkwy
Case 24-30310-mvl7                       attn: Donald H. Cram                       Dallas, TX 75225-3501
Northern District of Texas               595 Market Street, Suite 2600
Dallas                                   San Francisco, CA 94105-3413
Mon Feb 26 22:28:15 CST 2024

1100 Commerce Street                     A lot a Clean                              Agora Data, Inc.
Room 1254                                PO Box 284                                 c/o Christine M. Manzo
Dallas, TX 75242-1305                    Lees Summit, MO 64063-0284                 Courthouse Tower 25th Floor
                                                                                    44 W Flagler Street
                                                                                    Miami, FL 33130-1808


Agoratrade, LLC                          Ally                                       American Express
c/o Christine M. Manzo                   c/o Todd Smith                             P.O. Box 650448
Courthouse Tower 25th Floor              425 W. South St                            Dallas, TX 75265-0448
44 W Flagler Street                      Warrensburg, MO 64093-2140
Miami, FL 33130-1808


Attorney General of Texas                Attorney General of the United States      Autozone
OAG/CSD/Mail Code 38                     Main Justice Bldg., Rm. 5111               PO Box 791409
PO Box 12017                             10th & Constitution Ave. N.W.              Baltimore, MD 21279-1409
Austin, TX 78711-2017                    Washington, DC 20503-0001


BVS Lock & Key                           Big O Tires                                Busovs AA Muffler Shop
801D N COLLEGE AVE                       4106 WEST BROADWAY                         109 S LAMINE
Columbia, MO 65201-4967                  Sedalia, MO 65301-2577                     Sedalia, MO 65301-3846


Carfax                                   Carmax Auto Finance                        Carmedic
16630 COLLECTION CENTER DRIVE            Carolyn Flint                              4521 HEDGE ROAD
Chicago, IL 60693-0166                   26781 Waterfront Dr.                       Roxana, IL 62084-2735
                                         Warsaw, MO 65355-4343


Central Bank                             Chad Morris                                Charter Communications
C/o Bobby Estes                          3815 NW Pkwy.                              PO Box 790086
18802 Ware Road                          Dallas, TX 75225-3501                      Saint Louis, MO 63179-0086
Green Ridge, MO 65332-3326


Check Into Cash                          Chrylser Capital                           City of Sedalia
c/o Lora Jones                           c/o Johnathon Wirtz & Cheyenne Freeman     FINANCE DEPT
837 Carriage Dr.                         303 W. Clark St.                           Sedalia, MO 65301
Deepwater, MO 64740-9185                 Versailles, MO 65084-1821


Complete Cleaning                        Corey Shelton                              Credit Acceptance
300 WEST AVE                             3113 N 24TH                                c/o Janet Stohel
Sedalia, MO 65301-2367                   Omaha, NE 68110-1914                       1124 SE 600th Rd Apt. B 65336-2274


Dealer Alchemist                         Dealer Specialties                         Dealer Tire
9233 PARK MEADOWS DRIVE                  DOMINION PROCESSING                        780 Wyoming St
Lone Tree, CO 80124-5697                 PO Box 779013                              Kansas City, MO 64101-1140
                                         Chicago, IL 60677-9013
```

| | | |
|---|---|---|
| Dealertrack<br>P.O. BOX 6129<br>New York, NY 10249-6129 | Detail Shop<br>4931 S LIMIT<br>Sedalia, MO 65301-0545 | EAutoAppraise<br>22601 N 19TH AVE SUITE 223<br>Phoenix, AZ 85027-1321 |
| Elite Automotive Experts<br>932 KING NECKED CT<br>Stockbridge, GA 30281-4474 | Equity Bank CC<br>920 Thompson Blvd.<br>Sedalia, MO 65301-2287 | Equity Bank CC<br>PO Box 780163<br>Wichita, KS 67278-0163 |
| Equity Bank Sedalia<br>920 Thompson Blvd.<br>Sedalia, MO 65301-2287 | Evergy<br>PO Box 219703<br>Kansas City, MO 64121-9703 | FMF<br>800 W Yamato Dr.<br>Boca Raton, FL 33431-4430 |
| Fas-Break<br>PO Box 1782<br>Sedalia, MO 65302-1782 | FedEx<br>PO Box 94515<br>Palatine, IL 60094-4515 | Great American Financial Services<br>PO Box 660831<br>Dallas, TX 75266-0831 |
| Heather Winesburg<br>c/o Michael Hodgson<br>3609 SW Pryor Road<br>Lees Summit, MO 64082-3004 | Identifix<br>PO Box 856618<br>Minneapolis, MN 55485-6618 | In Motion Towing<br>4207 S LIMIT AVE SUITE A<br>Sedalia, MO 65301-8511 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Mada Workers Comp Fund<br>PO Box 1309<br>Jefferson City, MO 65102-1309 | Madison Advance<br>83 Wooster Hts<br>Danbury, CT 06810-7548 |
| Max Digital, LLC<br>833 W JACKSON BLVD., SUITE 200<br>Chicago, IL 60607-5400 | Mechanical Breakdown Protection, Inc.<br>c/o Erik H. Nelson<br>304 West 10th Street<br>Kansas City, MO 64105-1616 | Metropolitan Supply<br>PO Box 129<br>Chanhassen, MN 55317-0129 |
| NAPA Auto Parts<br>300 E OLD HWY 40<br>Odessa, MO 64076 | NMAC<br>c/o Kristina Martin<br>1620 S. Brown Ave.<br>Sedalia, MO 65301-7750 | NMAC's Bankruptcy Department<br>PO Box 660366<br>Dallas, TX 75266-0366 |
| Native American Bank<br>201 N. Broadway<br>Denver, CO 80203-3918 | Net Profit Growth<br>3815 NW Pkwy<br>Dallas, TX 75225-3501 | Nissan Motor Acceptance<br>PO Box 660604<br>Dallas, TX 75266-0604 |
| OReilly Auto Parts<br>PO Box 9464<br>Springfield, MO 65801-9464 | Oakes Kia<br>2900 BURLINGTON AVE<br>Kansas City, MO 64116-5102 | Office of the Attorney General<br>Bankruptcy-Collections Division<br>Po Box 12548<br>Austin, TX 78711-2548 |

```
Office of the United States Trustee      Ozark Disposal Company              Reggie Coley
903 San Jacinto Blvd Ste 230             PO Box 563                          823 CLAYBROOK CT
Austin, TX 78701-2450                    65355-0563                          Knoxville, TN 37923-6765


SEC                                      Sean Frye                           Stephanie Morris
100 F Street                             c/o Joshua Alton Sanders            3815 NW Pkwy
Washington, DC 20549-2001                P.O. Box 332                        Dallas, TX 75225-3501
                                         Greenwood, MO 64034-0332


Stephanie Morris Nissan of Durango LLC   Tab Company                         Texas Alcoholic Beverage Commission
20704 US Hwy. 160 W                      PO Box 150830                       License and Permits Division
Durango, CO 81303-7674                   Ogden, UT 84415-0830                Po Box 13127
                                                                             Austin, TX 78711-3127


Texas Attorney General's Office          (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS   Texas Comptroller of Public Accounts
Bankruptcy Collection Division           REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION   PO Box 12548, MC-008
PO Box 12548                             PO BOX 13528                        Austin, TX 78711-2548
Austin, TX 78711-2548                    AUSTIN TX 78711-3528


Texas Workforce Commission               Texas Workforce Commission          Tio Fund I
TEC Building - Bankruptcy                TEC Building Tax Dept.              107 John St Fl 3
101 E 15th St                            101 E. 15th Sreet                   Southport, CT 06890-1466
Austin, TX 78778-1442                    Austin, TX 78778-0001


Torq Distribution                        Triple Threat                       True Business Funding
BIN: 118                                 P.O. Box 129                        301 Mill Rd.
Saint Louis, MO 63178-4054               Seneca, SC 29679-0129               Hewlett, NY 11557-1291


U.S. Dept. of HUD                        U.S. Dept. of Veterans Affairs      U.S. Small Business Administration
1600 Throckmorton St                     Regional Office, Finance Section (24)   4300 Amon Carter Blvd Suite 114
Fort Worth, TX 76102-6600                701 Clay Ave                        Fort Worth, TX 76155-2652
                                         Waco, TX 76799-0001


United States Attorney                   United States Trustee               United States Trustee
110 North College Ave, Ste. 700          1100 Commerce Street                110 North College Ave., Ste. 300
Tyler, TX 75702-0204                     Room 976                            Tyler, TX 75702-7231
                                         Dallas, TX 75242-0996


VIN Solutions                            VIP Transport                       Wallis Lubricant
PO Box 935595                            4701 EADES ST                       PO Box 790379
Atlanta, GA 31193-5595                   Rockville, MD 20853-3023            Saint Louis, MO 63179-0379


Walter Auto Loan Trust                   Warehouse Tire                      Daniel J. Sherman
c/o Christine M. Manzo                   4004 S. LIMIT                       Daniel J. Sherman, Trustee
Courthouse Tower 25th Floor              Sedalia, MO 65301-0504              509 N. Montclair
44 W Flagler Street                                                          509 N. Montclair Ave.
Miami, FL 33130-1808                                                         Dallas, TX 75208-5450
```

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service -
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

(d)United States Attorney
110 North College Ave. Ste. 700
Tyler, TX 75702-0204

End of Label Matrix
Mailable recipients    90
Bypassed recipients     2
Total                  92