UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 24-30310 |
| STEPHANIE MORRIS NISSAN LLC | § | Chapter 7 |
| | § | |
| Debtor. | § | |

# NOTICE OF EXPEDITED HEARING

Please take notice that an expedited hearing has been set for **APRIL 30, 2024 AT 1:30 P.M.** before the Honorable Michelle V. Larson, United States Bankruptcy Judge regarding the matter referenced and described below.

**THE HEARING WILL BE CONDUCTED VIA WEBEX**. The WebEx hearing instructions for the Court are attached below.

| | |
|---|---|
| **For WebEx Video Participation/Attendance**: | https://us-courts.webex.com/meet/larson |
| **For WebEx Telephonic Participation/Attendance**: | Dial-In: 1-650-479-3207<br>Access Code: 160 135 6015 |

| Filing Date | Docket Text |
|---|---|
| 04/24/2024 | 12  (150 pgs; 2 docs) Motion for relief from stay Fee amount $199, Filed by Creditor Equity Bank Objections due by 5/8/2024. (Attachments: # 1 Proposed Order) (Carruth, Jeffery) |

Dated: April 25, 2024                Respectfully submitted:

                                  John T. Coghlan
                                  **KUTAK ROCK LLP**
                                  2300 Main Street, Suite 800
                                  Kansas City, Missouri 64108
                                  Telephone: (816)502.4651
                                  Fax: (816)292.0090
                                  E-mail: john.coghlan@kutakrock.com

                                  **ATTORNEYS FOR EQUITY BANK**


                                  WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                  By:   */s/ Jeff Carruth*
                                    JEFF CARRUTH (TX SBN:. 24001846)
                                  2608 Hibernia, Suite 105
                                  Dallas, Texas 75204-2514
                                  Telephone: (713) 341-1158
                                  Fax: (713) 961-5341
                                  E-mail:  jcarruth@wkpz.com


                                  ATTORNEYS FOR EQUITY BANK



**<u>WEBEX HEARING INSTRUCTIONS FOLLOW ON NEXT PAGE(S)</u>**

# WebEx Hearing Instructions
## Judge Michelle V. Larson

Pursuant to General Order 2023-05 issued by the Court on September 19, 2023, certain hearings before Judge Michelle V. Larson will be conducted by WebEx videoconference.

<u>For WebEx Video Participation/Attendance</u>:

Link:   https://us-courts.webex.com/meet/larson

<u>For WebEx Telephonic Only Participation/Attendance</u>:

Dial-In: 1.650.479.3207
Access code: 160 135 6015

<u>Participation/Attendance Requirements</u>:

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will <u>not</u> be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. <u>During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing.</u> **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings.** For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated.** Telephonic testimony without accompanying video will <u>not</u> be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

<u>Exhibit Requirements</u>:

- Any party intending to introduce documentary evidence at the hearing <u>must</u> file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a <u>separate, individual</u> <u>attachment thereto</u> so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party <u>must</u> also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

<u>Notice of Hearing Content and Filing Requirements:</u>

<u>IMPORTANT: For all hearings that will be conducted by WebEx only</u>:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-

- courts.webex.com/meet/larson" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do <u>not</u> select Judge Larson's Dallas courtroom as the location for the hearing.

- **Notice to Members of the Public.** While the Judicial Conference of the United States relaxed its broadcasting policies during the COVID-19 Pandemic due to restrictions placed on in-person attendance at hearings and trials, these policies will expire and no longer be in effect after September 21, 2023. As a result, after September 21, 2023, remote *video* access to Court hearings shall *only be available for case participants* (parties-in-interest and their professionals) and non-case participants are not permitted to attend any hearing by remote *video* means. In certain circumstances, non-case participants may be permitted to attend proceedings by remote *audio* means, but only if no witness testimony is to be provided. The presiding judge may take any action deemed necessary or appropriate to address any unauthorized remote attendance at a hearing or trial. For the avoidance of doubt, members of the public will continue to generally be permitted to attend proceedings in person, in the courtroom.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served by (1) electronic notice to all ECF users who have appeared in this case to date, as set forth below and (2) by regular mail without exhibits to the parties listed below and in the attached matrix.

**ANY PARTY REQUESTING A FULL SIZED COPY OF THIS PLEADING OR COPIES OF ANY EXHIBITS SHOULD CONTACT THE UNDERSIGNED.**

| | |
|---|---|
| Debtor | Stephanie Morris Nissan LLC<br>3815 NW Pkwy<br>Dallas, TX 75225 |
| Debtor counsel | Robert Thomas DeMarco<br>12770 Coit Road, Suite 850<br>Dallas, TX 75251 |
| Trustee | Daniel J. Sherman, Trustee<br>509 N. Montclair Ave<br>Dallas, TX 75208 |
| Truste counsel | Daniel J. Sherman, Trustee<br>509 N. Montclair Ave<br>Dallas, TX 75208 |

                                                */s/ Jeff Carruth*
                                                JEFF CARRUTH

**24-30310-mvl7 Notice will be electronically mailed to:**

Jeffery D. Carruth on behalf of Creditor Equity Bank
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com

Donald Hogan Cram, III on behalf of Creditor Nissan Motor Acceptance Company, LLC
dhc@severson.com

Robert Thomas DeMarco on behalf of Debtor Stephanie Morris Nissan LLC
robert@demarcomitchell.com, barbara@demarcomitchell.com;mike@demarcomitchell.com;robert_783@ecf.courtdrive.com

James Randolph Liebler, II on behalf of Creditor Agora Data, Inc.
jrlii@lgplaw.com, mkv@lgplaw.com

James Randolph Liebler, II on behalf of Creditor AgoraTrade, LLC
jrlii@lgplaw.com, mkv@lgplaw.com

James Randolph Liebler, II on behalf of Creditor Walter Auto Loan Trust
jrlii@lgplaw.com, mkv@lgplaw.com

Daniel J. Sherman
djsherman@syllp.com, csherman@ecf.axosfs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 24-30310-mvl7<br>Northern District of Texas<br>Dallas<br>Wed Apr 24 09:21:34 CDT 2024 | Nissan Motor Acceptance Company, LLC<br>c/o Severson & Werson<br>attn: Donald H. Cram<br>595 Market Street, Suite 2600<br>San Francisco, CA 94105-3413 | Stephanie Morris Nissan LLC<br>3815 NW Pkwy<br>Dallas, TX 75225-3501 |
| 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | A lot a Clean<br>PO Box 284<br>Lees Summit, MO 64063-0284 | Agora Data, Inc.<br>c/o Christine M. Manzo<br>Courthouse Tower 25th Floor<br>44 W Flagler Street<br>Miami, FL 33130-1808 |
| Agoratrade, LLC<br>c/o Christine M. Manzo<br>Courthouse Tower 25th Floor<br>44 W Flagler Street<br>Miami, FL 33130-1808 | Ally<br>c/o Todd Smith<br>425 W. South St<br>Warrensburg, MO 64093-2140 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 |
| Attorney General of Texas<br>OAG/CSD/Mail Code 38<br>PO Box 12017<br>Austin, TX 78711-2017 | Attorney General of the United States<br>Main Justice Bldg., Rm. 5111<br>10th & Constitution Ave. N.W.<br>Washington, DC 20503-0001 | Autozone<br>PO Box 791409<br>Baltimore, MD 21279-1409 |
| BVS Lock & Key<br>801D N COLLEGE AVE<br>Columbia, MO 65201-4967 | Big O Tires<br>4106 WEST BROADWAY<br>Sedalia, MO 65301-2577 | Busovs AA Muffler Shop<br>109 S LAMINE<br>Sedalia, MO 65301-3846 |
| Carfax<br>16630 COLLECTION CENTER DRIVE<br>Chicago, IL 60693-0166 | Carmax Auto Finance<br>Carolyn Flint<br>26781 Waterfront Dr.<br>Warsaw, MO 65355-4343 | Carmedic<br>4521 HEDGE ROAD<br>Roxana, IL 62084-2735 |
| Central Bank<br>C/o Bobby Estes<br>18802 Ware Road<br>Green Ridge, MO 65332-3326 | Chad Morris<br>3815 NW Pkwy.<br>Dallas, TX 75225-3501 | Charter Communications<br>PO Box 790086<br>Saint Louis, MO 63179-0086 |
| Check Into Cash<br>c/o Lora Jones<br>837 Carriage Dr.<br>Deepwater, MO 64740-9185 | Chrylser Capital<br>c/o Johnathon Wirtz & Cheyenne Freeman<br>303 W. Clark St.<br>Versailles, MO 65084-1821 | City of Sedalia<br>FINANCE DEPT<br>Sedalia, MO 65301 |
| Complete Cleaning<br>300 WEST AVE<br>Sedalia, MO 65301-2367 | Corey Shelton<br>3113 N 24TH<br>Omaha, NE 68110-1914 | Credit Acceptance<br>c/o Janet Stohel<br>1124 SE 600th Rd Apt. B 65336-2274 |
| Dealer Alchemist<br>9233 PARK MEADOWS DRIVE<br>Lone Tree, CO 80124-5697 | Dealer Specialties<br>DOMINION PROCESSING<br>PO Box 779013<br>Chicago, IL 60677-9013 | Dealer Tire<br>780 Wyoming St<br>Kansas City, MO 64101-1140 |

| | | |
|---|---|---|
| Dealertrack<br>P.O. BOX 6129<br>New York, NY 10249-6129 | Detail Shop<br>4931 S LIMIT<br>Sedalia, MO 65301-0545 | EAutoAppraise<br>22601 N 19TH AVE SUITE 223<br>Phoenix, AZ 85027-1321 |
| Elite Automotive Experts<br>932 KING NECKED CT<br>Stockbridge, GA 30281-4474 | Equity Bank CC<br>920 Thompson Blvd.<br>Sedalia, MO 65301-2287 | Equity Bank CC<br>PO Box 780163<br>Wichita, KS 67278-0163 |
| Equity Bank Sedalia<br>920 Thompson Blvd.<br>Sedalia, MO 65301-2287 | Evergy<br>PO Box 219703<br>Kansas City, MO 64121-9703 | FMF<br>800 W Yamato Dr.<br>Boca Raton, FL 33431-4430 |
| Fas-Break<br>PO Box 1782<br>Sedalia, MO 65302-1782 | FedEx<br>PO Box 94515<br>Palatine, IL 60094-4515 | Great American Financial Services<br>PO Box 660831<br>Dallas, TX 75266-0831 |
| Heather Winesburg<br>c/o Michael Hodgson<br>3609 SW Pryor Road<br>Lees Summit, MO 64082-3004 | Identifix<br>PO Box 856618<br>Minneapolis, MN 55485-6618 | In Motion Towing<br>4207 S LIMIT AVE SUITE A<br>Sedalia, MO 65301-8511 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Mada Workers Comp Fund<br>PO Box 1309<br>Jefferson City, MO 65102-1309 | Madison Advance<br>83 Wooster Hts<br>Danbury, CT 06810-7548 |
| Max Digital, LLC<br>833 W JACKSON BLVD., SUITE 200<br>Chicago, IL 60607-5400 | Mechanical Breakdown Protection, Inc.<br>c/o Erik H. Nelson<br>304 West 10th Street<br>Kansas City, MO 64105-1616 | Metropolitan Supply<br>PO Box 129<br>Chanhassen, MN 55317-0129 |
| NAPA Auto Parts<br>300 E OLD HWY 40<br>Odessa, MO 64076 | NMAC<br>c/o Kristina Martin<br>1620 S. Brown Ave.<br>Sedalia, MO 65301-7750 | NMAC's Bankruptcy Department<br>PO Box 660366<br>Dallas, TX 75266-0366 |
| Native American Bank<br>201 N. Broadway<br>Denver, CO 80203-3918 | Net Profit Growth<br>3815 NW Pkwy<br>Dallas, TX 75225-3501 | Nissan Motor Acceptance<br>PO Box 660604<br>Dallas, TX 75266-0604 |
| OReilly Auto Parts<br>PO Box 9464<br>Springfield, MO 65801-9464 | Oakes Kia<br>2900 BURLINGTON AVE<br>Kansas City, MO 64116-5102 | Office of the Attorney General<br>Bankruptcy-Collections Division<br>Po Box 12548<br>Austin, TX 78711-2548 |

| | | |
|---|---|---|
| Office of the United States Trustee<br>903 San Jacinto Blvd Ste 230<br>Austin, TX 78701-2450 | Ozark Disposal Company<br>PO Box 563<br>65355-0563 | Reggie Coley<br>823 CLAYBROOK CT<br>Knoxville, TN 37923-6765 |
| SEC<br>100 F Street<br>Washington, DC 20549-2001 | Sean Frye<br>c/o Joshua Alton Sanders<br>P.O. Box 332<br>Greenwood, MO 64034-0332 | Stephanie Morris<br>3815 NW Pkwy<br>Dallas, TX 75225-3501 |
| Stephanie Morris Nissan of Durango LLC<br>20704 US Hwy. 160 W<br>Durango, CO 81303-7674 | Tab Company<br>PO Box 150830<br>Ogden, UT 84415-0830 | Texas Alcoholic Beverage Commission<br>License and Permits Division<br>Po Box 13127<br>Austin, TX 78711-3127 |
| Texas Attorney General's Office<br>Bankruptcy Collection Division<br>PO Box 12548<br>Austin, TX 78711-2548 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Comptroller of Public Accounts<br>PO Box 12548, MC-008<br>Austin, TX 78711-2548 |
| Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 E 15th St<br>Austin, TX 78778-1442 | Texas Workforce Commission<br>TEC Building Tax Dept.<br>101 E. 15th Sreet<br>Austin, TX 78778-0001 | Tio Fund I<br>107 John St Fl 3<br>Southport, CT 06890-1466 |
| Torq Distribution<br>BIN: 118<br>Saint Louis, MO 63178-4054 | Triple Threat<br>P.O. Box 129<br>Seneca, SC 29679-0129 | True Business Funding<br>301 Mill Rd.<br>Hewlett, NY 11557-1291 |
| U.S. Dept. of HUD<br>1600 Throckmorton St<br>Fort Worth, TX 76102-6600 | (p)VETERANS ADMINISTRATION<br>PO BOX 11930<br>ST PAUL MN 55111-0930 | U.S. Small Business Administration<br>4300 Amon Carter Blvd Suite 114<br>Fort Worth, TX 76155-2652 |
| United States Attorney<br>110 North College Ave, Ste. 700<br>Tyler, TX 75702-0204 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | United States Trustee<br>110 North College Ave., Ste. 300<br>Tyler, TX 75702-7231 |
| VIN Solutions<br>PO Box 935595<br>Atlanta, GA 31193-5595 | VIP Transport<br>4701 EADES ST<br>Rockville, MD 20853-3023 | Wallis Lubricant<br>PO Box 790379<br>Saint Louis, MO 63179-0379 |
| Walter Auto Loan Trust<br>c/o Christine M. Manzo<br>Courthouse Tower 25th Floor<br>44 W Flagler Street<br>Miami, FL 33130-1808 | Warehouse Tire<br>4004 S. LIMIT<br>Sedalia, MO 65301-0504 | Daniel J. Sherman<br>Daniel J. Sherman, Trustee<br>509 N. Montclair<br>509 N. Montclair Ave.<br>Dallas, TX 75208-5450 |

```
Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Texas Comptroller of Public Accounts      U.S. Dept. of Veterans Affairs
Bankruptcy Section                        Regional Office, Finance Section (24)
Po Box 13528                              701 Clay Ave
Austin, TX 78711-3528                     Waco, TX 76799-0001




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Agora Data, Inc.                       (u)AgoraTrade, LLC                        (u)Equity Bank




(u)Walter Auto Loan Trust                 (d)Internal Revenue Service -             (d)United States Attorney
                                          Centralized Insolvency Operations         110 North College Ave. Ste. 700
                                          PO Box 7346                               Tyler, TX 75702-0204
                                          Philadelphia, PA 19101-7346



End of Label Matrix
Mailable recipients    90
Bypassed recipients     6
Total                  96
```